**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                                                                  Chapter 11

**BARRAJA, INC. D/B/A THALIA,**                             Case No.:  18-10692 (SHL)

                                Debtor.
-----------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK     )
                                              ) ss:
COUNTY OF NEW YORK  )

      **Shaul Natan**, being duly sworn, deposes and says:

      1.     I am the President of Barraja, Inc. d/b/a Thalia (the "Debtor"), and am fully familiar with the facts set forth herein.

      2.     I submit this declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

      3.     The Debtor operates a restaurant located at 828 8th Avenue, New York, New York, in New York City's theater district.  The Debtor's filing was caused by a slowdown of business over the previous months, which was in line with current trends in the restaurant industry.  The slowdown coupled with staff turnover, including the previous head chef, disrupted the Debtor's business operations cause the Debtor to fall behind on payments to certain vendors.  Some of these vendors have sought judgments against the Debtor, and rather than defend these litigations on an individual basis, the Debtor intends to use the bankruptcy process to resolve all creditor claims.  Additionally, the Debtor seeks to use the bankruptcy to cut costs and implement new business strategies in order to fund a plan of reorganization.

4.  No pre-petition committee was organized prior to the Order for relief.

5.  A summary of the Debtor's assets and liabilities will be set forth on the summary of schedules to be filed.

6.  The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Exhibit "A" to this affidavit.

7.  All suits or proceedings in which the Debtor is named as a party will be listed in the Debtor's Statement of Financial Affairs to be filed.

8.  No property of the Debtor is in the possession and control of a receiver.

9.  The estimated operating expenses of the Debtor for the next <u>thirty days</u> is attached to this affidavit:

Dated: March ___, 2018

                      Barraja, Inc. d/b/a Thalia

                      By: _____
                      Shaul Natan, President

Sworn to before me this
14th day of March, 2018

_____
Notary Public, State of New York

THOMAS D TOY JR
Notary Public, State of New York
No. 01TO5023387
Qualified in Nassau County
Commission Expires February 07, 20 22

{00917362.DOC;1 }-2-

392093

**Thalia Restaurant**
**Average 30 Days Budget**

| Budget Details | 30 Days Average |
|---|---|
| **INCOME** | $ 392,148.22 |
| EXPENSES | |
| **Beverages** | |
| Bar Supplies | $ 1,169.45 |
| Beer Purchases | $ 3,335.27 |
| Beverages-Non Alcoholic | $ 2,410.90 |
| Liquor Purchases | $ 8,426.23 |
| Wine Purchases | $ 9,263.43 |
| COG-Alcoholic Beverages with sub-accounts | $ 24,605.28 |
| **FOOD** | |
| FOOD | $ 21,250.87 |
| Bread | $ 3,786.90 |
| Dairy | $ 6,488.29 |
| Meat | $ 3,655.60 |
| Produce | $ 11,341.00 |
| Seafood | $ 12,470.36 |
| COG/FOOD with sub-accounts | $ 58,993.02 |
| **Expenses** | |
| Advertising | $ 1,560.89 |
| Opentable | $ 2,167.15 |
| Bank Service Charges | $ 587.20 |
| Credit Card Fees | $ 10,335.81 |
| Chemicals/Cleaning | $ 1,089.06 |
| Equipment Rental/Leases | $ 676.96 |
| Fines & Penalties | $ 318.33 |
| Insurance | $ 2,032.40 |
| Disability Insurance | $ 363.83 |
| General Liability | $ 1,211.58 |
| Workers Comp | $ 13,348.91 |
| Insurance with sub-accounts | $ 33,692.15 |
| Job Hiring | $ 135.00 |
| Maintenance | $ 1,912.73 |
| Cartage/removal | $ 2,253.71 |
| Exterminator/Pest | $ 181.33 |
| Kitchen repairs and maintenance | $ 2,015.99 |
| Maintenance with sub-accounts | $ 6,498.77 |
| Payroll Processing Costs | $ 812.53 |
| Pest control | $ 376.69 |
| POS support | $ 902.11 |
| Postage and Delivery | $ 171.83 |
| Printing and Reproduction | $ 23.09 |
| Accounting | $ 1,983.33 |
| Deliveries | $ 1,755.07 |
| Professional Fees with sub-accounts | $ 6,024.64 |
| Rent (Commercial Base Rent) | $ 54,413.42 |
| Steam | $ 1,164.63 |

| | | |
|---|---:|---:|
| Real Estate | $ | 5,835.13 |
| **Rent with sub-accounts** | **$** | **61,413.18** |
| **Repairs** | $ | - |
| Other Repairs | $ | 606.38 |
| Building Repairs | $ | 190.53 |
| Electrical | $ | 3.63 |
| Plumbing | $ | 150.05 |
| **Repairs with sub-accounts** | **$** | **950.59** |
| **Salaries and wages** | | |
| Bathroom Att | $ | 694.83 |
| Bus-Run | $ | 973.75 |
| Deliveries | $ | 1,271.23 |
| dishwasher | $ | 1,557.05 |
| FOH/Bartenders | $ | 3,379.55 |
| FOH/Busboy/Barback | $ | 8,962.30 |
| Foh/Cashier | $ | 3,870.23 |
| FOH/M'aitreD' | $ | 5,951.49 |
| FOH/Managers | $ | 6,214.58 |
| FOH/Servers | $ | 1,412.50 |
| FOH/Waiter/ess | $ | 13,623.00 |
| Line Cooks | $ | 3,141.03 |
| Management | $ | 2,565.23 |
| Kitchen/Chefs/Salary | $ | 1,634.23 |
| Kitchen/Cooks-Line | $ | 18,263.50 |
| Kitchen/Pastry Hourly | $ | 9,062.68 |
| Kitchen/Porters | $ | 9,774.23 |
| Kitchen/Prep | $ | 17,896.30 |
| Sous Chef | $ | 307.69 |
| **Salaries and wages with sub-accounts** | **$** | **110,555.39** |
| **Supplies** | $ | - |
| Cleaning | $ | 1,341.00 |
| Kitchen-Equipment | $ | 1,207.00 |
| Linen/Laundry | $ | 5,314.80 |
| Office Supplies | $ | 923.17 |
| Paper/Plastic Bags | $ | 4,117.34 |
| Restaurant Supplies | $ | 147.24 |
| Take-Out Products | $ | 427.09 |
| **Supplies with sub-accounts** | **$** | **13,477.64** |
| **Taxes** | $ | - |
| P/R-F.U.T.A | $ | 308.91 |
| P/R-MCTMT LCL | $ | 534.23 |
| P/R-Medicare-ER | $ | 1,771.23 |
| P/R-S.U.I | $ | 950.23 |
| P/R-SocialSecty-ER | $ | 9,563.30 |
| **Taxes with sub-accounts** | **$** | **13,127.90** |
| Parking | $ | 134.67 |
| Utilities | $ | 1,230.81 |
| Gas and Electric | $ | 11,539.00 |
| **Utilities with sub-accounts** | **$** | **12,904.48** |
| **Grand Total Average Monthly Budget** | **$** | **342,243.04** |

# **EXHIBIT A**

Fill in this information to identify the case:

Debtor name: **BARRAJA, INC.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known): **18-10692**

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Action Environmental Services** 300 Frank W Burr Blvd Teaneck, NJ 07666 | | | | | | $6,690.36 |
| **Agri Exotic Trading** 700 ROUTE 46 Clifton, NJ 07013 | | | | | | $20,668.42 |
| **ASN 50th Street LLC** c/o Cyruli Shanks Hart Zizmor 420 Lexington Avenue New York, NY 10170 | | | | | | $68,412.94 |
| **AvalonBay Communities, Inc.** 671 N. Glebe Road, Suite 800 Arlington, VA 22203 | | | | | | $62,000.00 |
| **Baldor Specialty Foods** 155 Food Center Dr Bronx, NY 10474 | | | | | | $9,977.64 |
| **Best Metropolitan TWL & Linen** 60 Madison Ave Hempstead, NY 11550 | | | | | | $9,741.97 |
| **Con Edison** 2 Pennsylvania Plaza New York, NY 10121 | | | | | | $20,827.19 |
| **Dairyland USA Corp** 240 Food Center Drive Bronx, NY 10474 | | | | | | $75,387.91 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

| Debtor | BARRAJA, INC. | | Case number *(if known)* | **18-10692** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Insurance Funding Corp.**  450 Skokie Boulevard  Suite 1000  Northbrook, IL 60062 | | | | | | $20,211.00 |
| **HUB International**  5 Bryant Park  4th Floor  New York, NY 10018 | | | | | | $31,262.21 |
| **Imperial Bag & Paper**  255 US Hwy 1 And 9  Jersey City, NJ 07306 | | | | | | $7,977.12 |
| **K & B Seafood, Inc.**  176 Laurel Rd  East Northport, NY 11731 | | | | | | $5,363.15 |
| **Manhattan Fruit Exchange**  10 Woodward Ave  Ridgewood, NY 11385 | | | | | | $7,265.21 |
| **NYC DEPT. OF FINANCE**  345 ADAMS STREET, 3RD FL.  ATTN:  LEGAL AFFAIRS  Brooklyn, NY 11201 | | | | | | $35,040.55 |
| **Out of the Blue Wholesale, LLC**  1271 Ryawa Ave  Bronx, NY 10474 | | | | | | $18,200.00 |
| **Southern Glazer's Of NY Metro**  313 Underhill Blvd  Syosset, NY 11791 | | | | | | $11,866.68 |
| **Sysco Food Services Metro NY**  261 North Plank Road  Newburgh, NY 12550 | | | | | | $9,341.62 |
| **Tom Cat Bakery**  PO BOX 844040  Boston, MA 02284-4040 | | | | | | $6,435.78 |

| Debtor | BARRAJA, INC. | | Case number *(if known)* | **18-10692** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods**<br>**1051 Amboy Avenue**<br>**Perth Amboy, NJ**<br>**08861** | | | | | | **$35,616.19** |
| **VAL OCEAN**<br>**PACIFIC SEAFOOD**<br>**CORP**<br>**624 WORTHEN**<br>**STREET**<br>**Bronx, NY 10474** | | | | | | **$13,229.83** |